**Newman Williams, P.C.**
ATTORNEYS AT LAW

A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

400 Northampton Street
Suite 404
Easton, PA 18042

May 20, 2020

**<u>Via ECF Only</u>**
The Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

    **RE:**    **Rodriguez v. Carbon County et. al.**
             **Docket No. 3:20-cv-00258**

Dear Judge Wilson:

I represent the defendants, Carbon County and Joseph Hager. In your order of April 28, 2020 (ECF. No. 30), you stayed the proceedings pending the disposition of Mr. Rodriguez's criminal case but directed that defense counsel keep you apprised of the status of that case.

The criminal court docket sheets in Carbon County reflect that Mr. Rodriguez's criminal case has been moved from the June 2020 term of court and that his criminal trial is now scheduled to begin on August 3, 2020. We will continue to monitor the criminal case and will report to you as per your order.

Very truly yours,

Gerard J. Geiger

GJG/dg

cc:    Richard M. Wiener, Esq.
       Jonathan M. Blake, Esq.
       Paul G. Lees, Esq.
       Mark J. Kozlowski, Esq.
       Cassandra Piaskowski – PCoRP Claim # GC061087
       Colleen Klein
       Daniel Miscavige, Esq.