

**Newman Williams, P.C.**
ATTORNEYS AT LAW

A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

400 Northampton Street
Suite 404
Easton, PA 18042

August 23, 2021

**Via ECF Only**
The Honorable Jennifer P. Wilson
U.S. District Court for the Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17108

  **RE: Rodriguez v. Carbon County et. al.**
     **Docket No. 3:20-cv-00258**

Dear Judge Wilson:

This is my monthly status report on behalf of the parties regarding the plaintiff's criminal trial in Carbon County which prompted the stay of this lawsuit.

The Carbon County Court of Common Pleas docket entries reflect that Mr. Rodriguez's criminal jury trial is now scheduled for August 30, 2021, at 9 a.m. A prior order had the case listed for trial on September 7 but the last docket entry now reflects the August 30 date.

As a result, the underlying criminal case is not yet concluded.

Very truly yours,

Gerard J. Geiger

cc: Richard M. Wiener, Esq. *via ECF*
   Jonathan M. Blake, Esq. *via ECF*
   Paul G. Lees, Esq. *via ECF*
   Mark J. Kozlowski, Esq. *via ECF*
   Jordan Smith – PCoRP Claim # GC061087
   Colleen Klein
   Daniel Miscavige, Esq.