# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRETT RODRIGUEZ,** : | |
| Plaintiff : | |
| : | No. 3:20-CV-0258 |
| v. : | |
| : | Judge Wilson |
| **CARBON COUNTY, JOSEPH** : | |
| **HAGER, KIRK F. SCHWARTZ,** : | Electronically Filed Document |
| **AGENT BODDEN, JIM THORPE** : | |
| **BOROUGH, JIM THORPE POLICE** : | *Complaint Filed 02/13/20* |
| **DEPARTMENT, MATTHEW** : | |
| **SCHWARTZ, SUMMIT HILL** : | |
| **BOROUGH, SUMMIT HILL POLICE** : | |
| **DEPARTMENT** *and* **CHIEF JOSEPH** : | |
| **F. FITTOS, JR.,** : | |
| Defendants : | |

## ORDER

AND NOW, this  9th   day of December         , 2021, upon consideration of the Commonwealth Defendants' unopposed motion to reschedule the currently scheduled case management call, it is hereby ORDERED that the motion is GRANTED. The case management conference scheduled for December 14, 2021, is CONTINUED to **January 20, 2022, at 2:30 p.m.** Plaintiff's counsel shall initiate the call when all parties are on the line to chambers at 717-221-3970.

                                         s/ Jennifer P. Wilson
                                         **Honorable Jennifer P. Wilson**
                                         **United States District Judge**