# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT RODRIGUEZ, | : | Civil No. 3:20-CV-00258 |
| Plaintiff, | : | |
| v. | : | |
| CARBON COUNTY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 12th day of August, 2022, as requested by the parties during a telephone conference held on August 10, 2022, **IT IS ORDERED** that the original case management order, Doc. 67, is confirmed, except with respect to the amended case management deadlines as follows:

| | |
|---|---|
| Status Conference:[1] | January 4, 2023, at 9:45 a.m. |
| Fact discovery: | January 31, 2023 |
| Dispositive motions and supporting briefs: | February 8, 2023 |
| Plaintiff's expert reports: | February 28, 2023 |
| Defendant's expert reports: | April 7, 2023 |
| Supplemental and rebuttal expert reports: | April 21, 2023 |
| Expert discovery: | May 19, 2023 |
| Motions in limine and supporting briefs: | June 7, 2023 |
| Pretrial memoranda: | July 5, 2023 |
| Proposed voir dire and jury instructions: | July 5, 2023 |
| Final pretrial conference: | July 19, 2023, at 10:00 a.m. |
| Trial: | August 7, 2023 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] Plaintiff's counsel shall initiate the call when all parties are on the line to chambers at 717-221-3970.