# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT RODRIGUEZ, | : | Civil No. 3:20-CV-00258 |
| Plaintiff, | : | |
| v. | : | |
| CARBON COUNTY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## AMENDED CASE MANAGEMENT ORDER

**AND NOW**, on this 5th day of January, 2023, as requested by the parties during a telephone conference held on January 4, 2023, **IT IS ORDERED** that the original case management order, Doc. 67, is confirmed, except with respect to the amended case management deadlines as follows:

| | |
|---|---|
| Status Conference:[1] | May 17, 2023, at 1:30 p.m. |
| Discovery Disputes: | February 17, 2023 |
| Fact discovery: | March 31, 2023 |
| Dispositive motions and supporting briefs: | April 28, 2023 |
| Plaintiff's expert reports: | April 28, 2023 |
| Defendant's expert reports: | June 2, 2023 |
| Supplemental and rebuttal expert reports: | June 16, 2023 |
| Expert discovery: | July 14, 2023 |
| Motions in limine and supporting briefs: | August 9, 2023 |
| Pretrial memoranda: | September 6, 2023 |
| Proposed voir dire and jury instructions: | September 6, 2023 |
| Final pretrial conference: | September 20, 2023 |
| Trial: | October 2, 2023 |

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

---

[1] All counsel shall call in to the court's conference calling number at (877)336-1828, access code 2529544.